**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO. 1:08CV252**

| | |
|---|---|
| **TERESA V. HARMON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **Vs.** ) | <u>**J U D G M E N T**</u> |
| ) | |
| **MICHAEL J. ASTRUE, Commissioner** ) | |
| **of Social Security Administration,** ) | |
| ) | |
| **Defendant.** ) | |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's motion for summary judgment is **DENIED**; the Defendant's motion for summary judgment is **ALLOWED**; the decision of the Commissioner denying social security benefits to the Plaintiff is **AFFIRMED**; and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

2

Signed: August 20, 2009

Lacy H. Thornburg
United States District Judge